# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) |
| v. | ) CRIMINAL NO. 2:15-CR-10-DBH-01 ) |
| CHRISTIAN DENT, | ) ) ) |
| DEFENDANT | ) |

## ORDER ON MOTION FOR RECONSIDERATION

I have reviewed the defendant's motion to reconsider my decision of October 21, 2020, and the government's response. I see no basis to alter my decision. The motion is **DENIED**.

**SO ORDERED.**

DATED THIS 4TH DAY OF JANUARY, 2021

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**